IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN W. DOERSCHLAG, ) | |
| ) | |
| Plaintiff, ) | 4:04cv590 |
| ) | |
| vs. ) | ORDER |
| ) | |
| MATT PHILLIPS, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on filing no. 19, the plaintiff's Amended Complaint, construed as a motion for leave to file Amended Complaint instanter. Filing no. 19 is granted, and the Amended Complaint is accepted for filing instanter.

The defendants have filed two motions to dismiss (filing nos. 20 and 22). The plaintiff shall have until June 24, 2005 to respond to the defendant's motions.

IT IS THEREFORE ORDERED:

1.  That filing no. 19 is granted, and the plaintiff's Amended Complaint is accepted for filing instanter; and

2.  That the plaintiff shall have until June 24, 2005 to respond to filing nos. 20 and 22, the defendants' Motions to Dismiss.

DATED this 24th day of May, 2005.

BY THE COURT:


s/ F. A. GOSSETT
United States Magistrate Judge