IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN W. DOERSCHLAG, | ) | |
| | ) | 4:04CV0590 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MATT PHILLIPS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on filing no. 29, the motion to compel, filed by the plaintiff, filing no. 30, the defendant's objection to plaintiff's motion, and filing no. 31, the motion for production of documents, filed by the plaintiff. In filing nos. 29 and 31, the plaintiff requested documents and records from the defendant that he believes are necessary to his case. These materials are documents that may be obtained during discovery. However, filing nos. 29 and 31 are premature and will be denied at this time. In filing no. 30, the defendants object to the plaintiff's motions for discovery. Pursuant to Fed.R.Civ.P 26(d), a party may not seek discovery from any source before the parties have conferred as required by Rule 26(f). The parties in this case have not yet conferred as required by Rule 26(f), and therefore, defendant's objection is sustained.

IT IS THEREFORE ORDERED:

1. That filing no. 29 is denied as premature;

2. That filing no. 30 is sustained; and

3. That filing no. 31 is denied as premature.

DATED this 17th day of May, 2006.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge