IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN W. DOERSCHLAG, | ) |
| | )     4:04CV0590 |
|     Plaintiff, | ) |
| | ) |
| vs. | )     ORDER |
| | ) |
| MATT PHILLIPS, et al., | ) |
| | ) |
|     Defendants. | ) |

On the court's own motion, the Order (filing no. 32) is stricken. A separate order will be entered ruling on the motions.

SO ORDERED.

DATED this 23rd day of March, 2006.

BY THE COURT:

S/F.A. GOSSETT
United States Magistrate Judge